**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **SARA CHADWICK,** | **Case No. 15-cv-00705-CVE-PJC** |
| **Plaintiff,** | |
| **v.** | |
| **EAN HOLDINGS (ENTERPRISE HOLDINGS)** | **Jury Trial Demanded** |
| **A foreign, for profit company** | **Attorney Lien Claimed** |
| **Defendant.** | |

## <u>STIPULATION OF DISMISSAL</u>

COMES NOW the Plaintiff Sara Chadwick and the Defendant EAN Holdings (Enterprise Holdings) and hereby stipulate that the Defendant is dismissed from this matter with prejudice as to right of refiling, with each party to bear their own costs and attorneys fees.

By:     */s/ Benjamin Oxford*
        BENJAMIN OXFORD, OBA #22259
        HANS OTTO LEHR, OBA# 30622
        OXFORD LEHR, PLLC
        9 East 4th Street, Suite 600
        Tulsa, OK 74103
        ben@oxfordlehr.com
        hans@oxfordlehr.com
        Tel:    (918) 884-6016
        Fax:    (888) 424-7080


        */s/ William M. Lawson*
        William M. Lawson, *pro hac*
        7700 Bonhomme Avenue, Suite 650
        St. Louis, Missouri 63105
        Phone: (314) 802-3935
        Facsimile: (314) 802-3936
        william.lawson@ogletreedeakins.com

2